```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/25/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Mason Tenders District Council Welfare Fund, *et al.*,

                Plaintiffs,

                –v–

Shelbourne Construction Corp.,

                Defendant.

19-cv-7562 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court is in receipt of Plaintiffs' Motion for Default Judgment and its corresponding declarations. The formatting of Dkt. Nos. 11, 12, and 15 renders those files unreadable. Plaintiffs are hereby ORDERED to re-submit these documents within a week of this Order.

    SO ORDERED.

Dated: August 24, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge