USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/28/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Mason Tenders District Council Welfare Fund, *et al.*, | 19-cv-7562 (AJN) |
| Plaintiffs, | |
| –v– | ORDER |
| Shelbourne Construction Corp., | |
| Defendant. | |

ALISON J. NATHAN, District Judge:

The Court's previous Order directing Plaintiffs to re-submit their Motion for Default Judgment and certain corresponding declarations, Dkt. No. 17, is hereby withdrawn.

SO ORDERED.

Dated: August 28, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge